No. 13,595.

Mile High Poultry Farms v. McKelvy.

(59 P. [2d] 1182)

Decided June 29, 1936.

Judgment affirmed in department without written opinion, Mr. Justice Burke, sitting for Mr. Chief Justice Campbell, Mr. Justice Bouck and Mr. Justice Young, participating.

Mr. A. D. Quaintance, Mr. E. B. Evans, for plaintiff in error.

Messrs. Barker & Webster, for defendant in error.